```
                  UNITED STATES  DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

GLENN CHARLES AYO                           CIVIL ACTION

VERSUS                                      NUMBER: 13-4580

N. BURL CAIN, WARDEN                        SECTION: "J"(5)


                    ORDER ON MOTION
                    AUGUST 22, 2013

APPEARANCES:

MOTION:

(1)  Petitioner's Motion to Stay Proceeding (Rec. doc. 11).

_____ :     Continued to

_____ :     No opposition

_____ :     Opposition



                         ORDERED

_____ :     Dismissed as moot.

_____ :     Dismissed for failure of counsel to appear.

   1   :     Granted.  The above-captioned matter is hereby stayed to
             allow petitioner to retain counsel

_____ :     Denied.

_____ :   Other.

                                        _____
                                              ALMA L. CHASEZ
                                        UNITED STATES MAGISTRATE JUDGE